ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
LATISHA ROBINSON, ESQ.
Nevada Bar No. 15314
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net
lrobinson@psalaw.net

*Former Attorneys for Defendant Walmart Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| LISA FRIEDMAN, individually,<br><br>    Plaintiff,<br><br>vs.<br><br>WALMART INC., a Delaware corporation; DOES I-V; and ROE CORPORATIONS I-V<br>    Defendants. | Case No.: 2:21-cv-01552-JCM-EJY<br><br>**MOTION TO WITHDRAW FORMER COUNSEL OF RECORD, THOSE ATTORNEYS AFFILIATED WITH PHILLIPS, SPALLAS & ANGSTADT, LLC FROM THE ELECTRONIC SERVICE LIST** |
|---|---|

COMES NOW, former counsel for WALMART INC. ("Defendant" and/or "Walmart"), who hereby petitions this Court, pursuant to Local Rule LR IA 11-6(b), to withdraw those attorneys affiliated with the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC, from the service list on the above-captioned matter.

. . .

. . .

. . .

. . .

. . .

Specifically, undersigned counsel requests the following addresses be removed from the electronic service list:

| | | |
|---|---|---|
| Robert K. Phillips | rphillips@psalaw.net, | aayres@psalaw.net, |
| afoshee@psalaw.net, | creyes@psalaw.net, | dwilson@psalaw.net, |
| iburton@psalaw.net, | jkephart@psalaw.net, | jpatrick@psalaw.net, |
| jtang@psalaw.net, | laguilar@psalaw.net, | lrobinson@psalaw.net, |
| lvmail@psalaw.net, | lwall@psalaw.net, | mcervantes@psalaw.net, |
| msoto@psalaw.net, | mwessel@psalaw.net, | nhebert@psalaw.net, |
| tkuhls@psalaw.net | | |

Timothy David Kuhls    tkuhls@psalaw.net, amccarty@psalaw.net

Megan Elizabeth Wessel    mwessel@psalaw.net

Latisha Robinson    lrobinson@psalaw.net

India Cree Burton    iburton@psalaw.net

DATED this 25th day of March 2022.

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
LATISHA ROBINSON, ESQ.
Nevada Bar No. 15314
504 South Ninth Street
Las Vegas, Nevada 89101

*Former Attorneys for Defendant Walmart Inc.*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated: March 25, 2022**